UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| YONEL MAXIS, | ) | |
| Plaintiff, | ) | Case No.: |
| v. | ) | 1:18-cv-00994-TWP-DLP |
| | ) | |
| JOHN LAYTON, in his official capacity as Sheriff of | ) | |
| Marion County, BEN LOUZON, in his individual and | ) | |
| official capacities, JOSE QUINONES, in his individual and | ) | |
| official capacities, JAMES ELLIS, in his individual and | ) | |
| official capacities, JASON LAKAS, in his individual and | ) | |
| official capacities, JOSHUA JORDAN, in his individual | ) | |
| and official capacities, TYLER MCCARTHY, in his | ) | |
| individual and official capacities, JUSTIN LAMB, in his | ) | |
| individual and official capacities, JASON CARNES, in his | ) | |
| individual and official capacities, MICHAEL | ) | |
| JABKIEWICZ, in his individual and official capacities, | ) | |
| ROBERT AMOS, in his individual and official capacities, | ) | |
| CORPORAL SMITH, in his individual and official | ) | |
| capacities, SHANIKA BULLOCK, in her individual and | ) | |
| official capacities, CHAD MEEKS, in his individual and | ) | |
| official capacities, JAMES KOERS, in his individual and | ) | |
| official capacities, CORPORAL COX, in his individual | ) | |
| and official capacities, DEIDRE BAKER, in his individual | ) | |
| and official capacities, | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Comes now the parties, by and through counsel of record, and hereby jointly stipulate and move this Court to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and with all parties bearing their own costs.

Respectfully submitted this 17th day of May, 2019.

Respectfully submitted,

*Counsel for Defendants*

*/s/ Anne Harrigan (with permission)*
Anne Harrigan, # 23601-64
Office of Corporation Counsel

*Counsel for Plaintiff*

*/s/ Brooke Smith*
Bradley Keffer, # 27195-49
Brooke Smith, # 32427-03
Keffer Hirschauer LLP

Curtis Moutardier, # 23692-22
Alex Ooley, # 24719-22
Boehl Stopher & Graves LLP

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2019, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Brooke Smith*
Brooke Smith, #32427-03

Keffer Hirschauer LLP
230 East Ohio Street, Suite 400
Indianapolis, Indiana 46204